(No. 3889— 

FRANCIS HALLISEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 9, 1946.*

T. V. HOULIHAN, for claimant.

GEORGE F. BARRETT, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for respondent.

FISHER, C. J.

A petition for a rehearing of this cause was filed herein on November 13, 1945.

The record discloses that the petition for a rehearing was not filed within thirty (30) days from the determination of the claim, as required by Rule 33 of this Court, and a rehearing must, therefore, be denied.